M. David Graubard, Esq.
Kera & Graubard
Attorneys for Debtor
240 Madison Avenue, 7th fl
New York, NY 10016
(212) 681-1600

UNITED STATE SBANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

315 W 35TH ASSOCIATES LLC,

                    Debtor.
----------------------------------------------------------------x

Chapter 11
Case No. 15-10877 (SMB)

## CERTIFICATE OF SERVICE

      M. David Graubard, an attorney admitted to practice in the Southern District of New York hereby certifies that on June 25, 2015, he served the Notice of Debtor's Sale of the Debtor's Real Property Located at 315 West 35th Street, New York, New York with Order Approving Sale Procedures Pursuant to Section 363 of the Bankruptcy Code Regarding the Debtor's Sale of Premises 315 West 35th Street, New York, New York on the following at their respective e-mail addresses as set forth below:

Christopher J. Major, Esq.
On Behalf of Mazel 315 West 35th LLC
cjm@msf-law.com

Gavin McGrane, Esq.
On Behalf of PacerPro, Inc.
Gavin.mcgrane@mcgranellp.com

Stephen B. Meister, Esq.
On Behalf of Mazel 315 West 35th LLC
sbm@msf-law.com

Kevin Fritz, Esq.
On Behalf of Mazel 315 West 35th LLC
kaf@msf-law.com

Susan Golden, Esq.
Office of U.S. Trustee
Susan.Golden@usdoj.gov

Louis Modugno, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
On Behalf of Robert Verrone
lmodugno@mdmc-law.com

Matthew G. Roseman, Esq.
Cullen and Dykman, LLP
On Behalf of New York Community Bank
mroseman@cullenanddykman.com

Law Offices of Joshua R. Bronstein & Associates
On Behalf of Mazal 315 W35th, LLC, Council for Community
 Preservation, Inc., Chemed Free Fund Corp.,
 Mishne L'Moshe Free Loan Society, Inc.
 Real Property Support Service Associates,
 Law Office Support Service Associates, Esquire
 Services Associates
Joshua_bronstein@counsellor.com

Michael J. Spithogiannis, Esq.
Dollinger, Gonski & Grossman
On Behalf of Motovich Holdings LLC
dgglaw@dggny.com

Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
Attorneys for Belkin Burden Wenig & Goldman, LLP
jlosardo@bbwg.com

Michael J. Byrne, Esq.
Byrne & O'Neill, LLP
Attorneys for Gertler & Wenter Architects, LLP
mjb@bonlaw.com

and on June 25, 2015 by first class mail postage prepaid on the creditors and parties in interest on the annexed list at their last known addresses.

Dated:    New York, New York
         June 25, 2015

_____
M. David Graubard

Office of U.S. Trustee
Attn: Susan Golden, Esq.
201 Varick St., Suite 1006
New York, NY 10014

The Schwartz Law Firm
3631 Shannon Road
Cleveland, OH 44118

Robert Verrone and
 Iron Pound Management LLC
600 Lexington Ave., 30th fl
New York, NY 10022-7609

NYC Dept. of Finance
25 Elm Place, 3rd floor
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NYS Tax Commission
Bankruptcy Unit
P.O. Box 5300
Albany, NY 11205

NYC Environmental Control Board
66 John St., 10th fl
New York, NY 10038-3724

Baker Hostetler
Attn: Thomas R. Lucchesi, Esq.
1900 E. 9th St., Suite 32
Cleveland, OH 44114-3485

Eric H. Zagrans, Esq.
6408 Rockside Woods Blvd South
Cleveland, OH 44131

S&B BQ LLC
3631 Shannon Road
Cleveland, OH 44118

Gertler & Wente Architects LLP
145 W. 30th St., 11th fl
New York, NY 10001-4031