Kera & Graubard
Attorneys for Debtor
240 Madison Avenue, 7th floor
New York, NY  10016
(212) 681-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                           Chapter 11
                                                                                      Case No. 15-10877
315 W 35TH ASSOCIATES LLC,

     Debtor.
-----------------------------------------------------------x

### CERTIFICATION OF ACCEPTANCES
### TO PLAN OF REORGANIZATION

TO THE HONORABLE STUART M. BERNSTEIN, U.S. BANKRUPTCY JUDGE:

1.    The attorneys for the debtor and debtor in possession do hereby certify to the Court that pursuant to Section 1125(c) of the Bankruptcy Code, the Plan of Reorganization proposed herein has been accepted in writing by creditors holding more than two-thirds in amount and more than one-half in number of all creditors who have submitted ballots with respect to the Plan by the date set by order of this Court which date was July 31, 2015.

    (a)    Four (4) Class 9 creditors have accepted the Plan with claims totaling $361,343.50.  No Class 9 creditors have rejected the Plan.

    (b)    One (1) Class 10 creditor has accepted the Plan with a claim in the sum of $4,100,000.  No Class 10 creditors have rejected the Plan.

2.  The undersigned further certify that the ballots have been carefully examined and have been determined to be in proper form and substances.

Dated:      New York, New York
            August 3, 2015

                                            KERA & GRAUBARD
                                            Attorneys for Debtor

                                            By: _____
                                            M. David Graubard (MDG 5442)
                                            240 Madison Avenue, 7th. fl
                                            New York, NY   10016
                                            (212) 681-1600