M. David Graubard, Esq.
Kera & Graubard
Attorneys for Debtor
240 Madison Avenue, 7th floor
New York, NY  10016
(212) 681-1600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11
                                                                              Case No.  15-10877

315 W 35TH ASSOCIATES LLC,

                    Debtor.
-----------------------------------------------------------x

## ORDER CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION

      The plan under Chapter 11 of the Bankruptcy Code filed by the debtor 315 W 35th Associates LLC on June 29, 2015, which was modified by the filing of an Amended Plan of Reorganization dated July 8, 2015, which was further modified by a Second Amended Plan of Reorganization dated August 17, 2015, having been transmitted to creditors and equity security holders;

      It having been determined after hearing on notice that the requirements for confirmation set forth 11 U.S.C. §1129(a) have been satisfied;

      IT IS ORDERED that:

      The Second Amended Plan of Reorganization filed by 315 W 35th Associates LLC on August 17, 2015 is hereby corrected in paragraph 4.3 thereof to make the reference to the Bankruptcy Code §1146(c) to read Bankruptcy Code §1146(a), and as so corrected, is hereby confirmed; and it is further

1

ORDERED, that the sale of the Debtor's property located at 315 West 35th Street, New York, New York, which has been approved by this Court by separate order, is hereby found and determined to satisfy the requirements set forth in *Florida Department of Revenue vs. Piccadilly Cafeterias, Inc.* 554 U.S. 33 (2008) and is hereby found and determined to be exempt from any applicable ~~recording tax~~, stamp tax, ~~, mortgage tax, real estate transfer tax,~~ or other similar tax pursuant to Section 1146(a) of the Bankruptcy Code.**[SMB: 9/2/15]**

A copy of the confirmed plan is attached hereto.

Dated:    New York, New York
          September 2nd, 2015

/s/ STUART M. BERNSTEIN
U.S.B.J.